IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
          PELVIC REPAIR SYSTEMS
          PRODUCT LIABILITY LITIGATION      MDL No. 2327

_____

THIS DOCUMENT RELATES TO:

*Pamela Free v. Ethicon, Inc., et al.*        Civil Action No. 2:12-cv-00423

MEMORANDUM OPINION AND ORDER
(*Daubert* Motion re: Salil Khandwala, M.D.)

Pending before the court is the *Daubert* Motion to Exclude Certain Opinion Testimony of Salil Khandwala, M.D. Pursuant to Federal Rule of Evidence 702 [ECF No. 96] filed by the plaintiffs. The Motion is now ripe for consideration because briefing is complete.

The plaintiffs argue that the exclusion of Dr. Khandwala's general causation testimony necessitates the exclusion of her specific causation testimony. However, the plaintiffs fail to show why the exclusion of one necessitates the exclusion of the other. The plaintiffs' Motion is **DENIED**.

The court **ORDERS** that the *Daubert* Motion to Exclude Certain Opinion Testimony of Salil Khandwala, M.D. Pursuant to Federal Rule of Evidence 702 [ECF No. 96] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 14, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2